IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LYNDA L. JONES                                                                    PLAINTIFF

V.                    Case No. 4:10CV00247 JTK

MICHAEL J. ASTRUE, *Commissioner*
Social Security Administration                                                    DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 6th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE