```
         IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

LYNDA L. JONES                                              PLAINTIFF

v.                    CASE NO. 4:10CV00247 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                     DEFENDANT

### ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #23). In the motion, Plaintiff requests $4,938.50 in fees. The Commissioner has not filed a response to the motion. The Court hereby finds that the motion is GRANTED.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, Plaintiff is awarded $4,938.50 in fees.

IT IS SO ORDERED this 28th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE